**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1600EM

_____

| | | |
|---|---|---|
| Wal-Mart Stores, Inc., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Valcour Development Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 17, 1997
Filed: November 26, 1997

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Wal-Mart Stores, Inc. appeals from the adverse decision of the district court and the jury in this diversity action. After reviewing the record, we conclude there is sufficient evidence to support the jury verdict and Wal-Mart's claims of trial error are without merit. Having ruled against Wal-Mart on the merits, we need not address its claim for prejudgment interest. We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.